# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

December 11, 2019

<u>Via ECF and Fax: 212.805.6382</u>
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19

Re: *U.S. v. Ervin Ortiz*
18 Cr. 413 (VM)

Dear Judge Marrero:

Counsel was appointed to represent Ervin Ortiz in the above-referenced matter, pursuant to the Criminal Justice Act. I write to respectfully request an adjournment of Mr. Ortiz's sentencing – currently scheduled for January 27, 2020.

Through no fault of anyone but the BOP, there was considerable delay in scheduling Mr. Ortiz's PSR interview. We worked with USPO Robert Flemens, who was tremendously helpful, and were finally able to schedule the interview. The confusion, however, has set everyone's schedule back.

Owing to the upcoming holidays and counsel's trial schedule, we respectfully request that Mr. Ortiz's sentencing be adjourned until the end of April 2020, at a date and time convenient to your Honor. AUSA Capozzi consents to this request.

The Court's attention to this request is greatly appreciated.

Respectfully submitted,
/s/
Susan G. Kellman

Cc: AUSA Timothy Capozzi
Robert Flemens, USPO

Request GRANTED. The sentencing of defendant Ervin Ortiz herein is rescheduled to 4-17-20 at 10:00 a.m.

SO ORDERED.

12-20-19
DATE       VICTOR MARRERO, U.S.D.J.