# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

March 13, 2020

**Via: ECF and Email**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/20

    Re:    *United States v. Ervin Ortiz*
           18 Cr. 413 (VM)

Dear Judge Marrero,

    I write to respectfully request that your Honor adjourn Ervin Ortiz' sentencing, currently scheduled for April 17, 2020, until a date and time convenient to the Court in June 2020.

    Currently, I am on trial in the Eastern District of New York, before Hon. Allyne Ross, in *U.S. v. Melendez Rojas*, 14 Cr. 434 (ARR). Thus, preparing for Mr. Ortiz's sentencing has been complicated by: (1) my trial; (2) my inability to review the PSR with Mr. Ortiz, who is in custody; and (3) by the difficulty counsel has encountered in communicating with Mr. Ortiz's family in connection with obtaining letters of support.

    I have discussed this request for an adjournment with AUSA Timothy Capozzi, who has graciously consented.

    Accordingly, on behalf of Mr. Ervin Ortiz, we respectfully request an adjournment of his sentencing date until a date and time convenient to your Honor, in late June 2020. Your Honor's consideration of this request is appreciated.

                                 Respectfully submitted,

                                 /s/

                                 Susan G. Kellman

cc:   AUSA Timothy Capozzi

---

Request GRANTED. The sentencing of defendant Ervin Ortiz herein is rescheduled to 6-19-20 at 10:00 a.m.

**SO ORDERED.**

3-13-20
DATE        VICTOR MARRERO, U.S.D.J.