```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **18 CR 413 (VM)**
                                   :
        -against-                  :
                                   :           **ORDER**
ERVIN ORTIZ,                       :
                                   :
               Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, June 19, 2020, shall be rescheduled to Friday, September 25, 2020 at 9:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
         2 June 2020

_____
Victor Marrero
U.S.D.J.