# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COL[...]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

**Via: ECF and Email**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ervin Ortiz*
      18 Cr. 413 (VM)

Dear Judge Marrero,

    I write to respectfully request that your Honor adjourn Ervin Ortiz' sentencing, currently scheduled for September 25, 2020, until a date and time convenient to the Court in June 2020.

    In light of the ongoing coronavirus pandemic, we respectfully request that your Honor adjourn Mr. Ortiz's sentencing to a date and time at the end of October, when it is possible that in court sentencing can proceed, as it is counsel's view that Mr. Ortiz's sentencing is best done in person.

    The government does not object to this request.

    Accordingly, on behalf of Mr. Ervin Ortiz, we respectfully request an adjournment of his sentencing date until a date and time convenient to your Honor, in late October 2020. Your Honor's consideration of this request is appreciated.

Respectfully submitted,

/s/

Susan G. Kellman

cc:   All counsel via ECF and Email

---

**Request GRANTED.** The sentencing shall be scheduled for October 29, 2020 at 10:30 a.m.

**SO ORDERED.**

9/17/2020
DATE                    VICTOR MARRERO, U.S.D.J.