# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

**Via: ECF and Email**
Hon. Victor Marrero United
States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/20

Re:   *United States v. Ervin Ortiz*
      18 Cr. 413 (VM)

Dear Judge Marrero,

  I write to respectfully request that your Honor adjourn Ervin Ortiz' sentencing, currently scheduled for October 29, 2020, until a date and time convenient to the Court in during the first quarter of 2021.

  Preparing Mr. Ortiz for sentencing has proven to be more of a challenge than counsel understood in light of the coronavirus pandemic and consequential lock downs at the MDC. Thus, it has been virtually impossible to competently review all of the sentencing materials with Mr. Ortiz and respond to his questions and concerns. Mr. Ortiz does not object to the adjournment, as he has expressed an interest in appearing in person before your Honor.

  I have discussed this request for an adjournment with AUSA Timothy Capozzi, who has graciously consented.

  Accordingly, on behalf of Mr. Ervin Ortiz, we respectfully request an adjournment of his sentencing date until a date and time convenient to your Honor, in the first quarter of 2021.

  Your Honor's consideration of this request is appreciated.

Respectfully submitted,

/s/

Susan G. Kellman



Request GRANTED. The sentencing is hereby adjourned until February 19, 2021 at 10:00 a.m.

SO ORDERED.
10/13/2020
DATE
VICTOR MARRERO, U.S.D.J.