# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

February 1, 2021

**Via: ECF and Email**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021

Re:   *United States v. Ervin Ortiz*
      18 Cr. 413 (VM)

Dear Judge Marrero,

    I write to respectfully request that your Honor adjourn Ervin Ortiz' sentencing, currently scheduled for February 19, 2021.

    Counsel continues to prepare Mr. Ortiz for sentencing; however, it has been extremely challenging to review all of the sentencing materials with Mr. Ortiz and respond to his questions and concerns, given that the MDC has been locked down for several months. Mr. Ortiz does not object to the adjournment, as he has expressed an interest in appearing in person for sentencing before your Honor.

    I have consulted with AUSA Timothy Capozzi, who does not oppose Mr. Ortiz' request to adjourn his sentencing date in light of the challenges posed by the Covid pandemic.

    Accordingly, on behalf of Mr. Ervin Ortiz, we respectfully request an adjournment of his sentencing date until a date and time convenient to your Honor, in the late Spring of 2021.

    Your Honor's consideration of this request is appreciated.

Respectfully submitted,

/s/

Susan G. Kellman

**Request GRANTED.** The sentencing is hereby adjourned to May 20, 2021 at 10:30 AM.

SO ORDERED.

2/2/2021
DATE

/s/ Victor Marrero, U.S.D.J.